# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| ERICA R. BARRETT, KATHLEEN D. VINCENT, CONNIE ENDERLE, EDWARD Q. INGERSON, II, PENNY M. KENOYER and GILBERT J. ONTIVEROS, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> O'REILLY AUTOMOTIVE, INC., THE BOARD OF DIRECTORS OF O'REILLY AUTOMOTIVE, INC., O'REILLY AUTOMOTIVE 401(K) PLAN INVESTMENT COMMITTEE and JOHN DOES 1-30, <br><br> *Defendants*. | Case No. 6:22-cv-03111-JAM <br><br><br> **ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' MOTION TO DISMISS
## THE FIRST AMENDED CLASS ACTION COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants O'Reilly Automotive, Inc., ("O'Reilly"), the Board of Directors of O'Reilly Automotive, Inc., The O'Reilly Automotive 401(k) Plan Investment Committee, and John Does 1-30 (collectively, "Defendants") hereby move this Court to dismiss Plaintiffs' Erica R. Barrett, Kathleen D. Vincent, Connie Enderle, Edward Q. Ingerson, II, Penny M. Kenoyer and Gilbert J. Ontiveros (collectively, the "Plaintiffs") First Amended Class Action Complaint (ECF No. 24) with prejudice. The grounds for this motion are set forth in Defendants' Suggestions In Support submitted herewith.

Dated: September 2, 2022

Respectfully submitted,

/s/ *James R. Carroll*
Charles B. Cowherd   Mo. Bar No. 27087
**SPENCER FANE LLP**
2144 E. Republic Road, Ste. B300
Springfield, Missouri 65804
Telephone:   417-888-1000
Facsimile:   417-881-8035
ccowherd@spencerfane.com

James R. Carroll (admitted *pro hac vice*)
Michael S. Hines (admitted *pro hac vice*)
Mary E. Grinman (admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE
   MEAGHER & FLOM LLP**
500 Boylston Street
Boston, Massachusetts 02116
Telephone:   617-573-4800
Facsimile:   617-573-4822
james.carroll@skadden.com
michael.hines@skadden.com
mary.grinman@skadden.com

*Counsel for Defendants
O'Reilly Automotive, Inc., The Board of Directors
of O'Reilly Automotive, Inc., The O'Reilly
Automotive 401(k) Plan Investment Committee, and
John Does 1-30*

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that the foregoing document was filed electronically with the United States District Court for the Western District of Missouri, Southern Division, on this 2nd day of September, 2022, with notice of case activity generated and sent electronically to all counsel of record.

                                               /s/ *James R. Carroll*