IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ERICA R. BARRETT, KATHLEEN D. VINCENT, CONNIE ENDERLE, EDWARD Q. INGERSON, II, PENNY M. KENOYER and GILBERT J. ONTIVEROS, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 6:22-3111-CV-S-BCW |
| v. | ) ) | |
| O'REILLY AUTOMOTIVE, INC., THE BOARD OF DIRECTORS OF O'REILLY AUTOMOTIVE, INC., O'REILLY AUTOMOTIVE 401(K) PLAN INVESTMENT COMMITTEE and JOHN DOES 1-30, | ) ) ) ) ) ) ) | |
| *Defendants.* | ) | |

**DEFENDANTS' NOTICE OF NEW
RELEVANT AUTHORITY IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**

Pursuant to this Court's order dated November 21, 2022 (ECF No. 42), submitted herewith for consideration in connection with Defendants' Motion To Dismiss The First Amended Class Action Complaint (ECF No. 26) is *Matousek v. MidAmerican Energy Company*, No. 21-2749, 2022 WL 6880771 (8th Cir. Oct. 12, 2022) (Exhibit A).

Dated: November 22, 2022 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ *James R. Carroll*
　　　　　　　　　　　　　　　　　　　　　Charles B. Cowherd　Mo. Bar No. 27087
　　　　　　　　　　　　　　　　　　　　　**SPENCER FANE LLP**
　　　　　　　　　　　　　　　　　　　　　2144 E. Republic Road, Ste. B300
　　　　　　　　　　　　　　　　　　　　　Springfield, Missouri 65804
　　　　　　　　　　　　　　　　　　　　　Telephone:　　417-888-1000
　　　　　　　　　　　　　　　　　　　　　Facsimile:　　417-881-8035
　　　　　　　　　　　　　　　　　　　　　ccowherd@spencerfane.com

　　　　　　　　　　　　　　　　　　　　　James R. Carroll (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Michael S. Hines (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Mary E. Grinman (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　**SKADDEN, ARPS, SLATE**
　　　　　　　　　　　　　　　　　　　　　　**MEAGHER & FLOM LLP**
　　　　　　　　　　　　　　　　　　　　　500 Boylston Street
　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02116
　　　　　　　　　　　　　　　　　　　　　Telephone:　　617-573-4800
　　　　　　　　　　　　　　　　　　　　　Facsimile:　　617-573-4822
　　　　　　　　　　　　　　　　　　　　　james.carroll@skadden.com
　　　　　　　　　　　　　　　　　　　　　michael.hines@skadden.com
　　　　　　　　　　　　　　　　　　　　　mary.grinman@skadden.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*
　　　　　　　　　　　　　　　　　　　　　*O'Reilly Automotive, Inc., The Board of Directors*
　　　　　　　　　　　　　　　　　　　　　*of O'Reilly Automotive, Inc., The O'Reilly*
　　　　　　　　　　　　　　　　　　　　　*Automotive 401(k) Plan Investment Committee, and*
　　　　　　　　　　　　　　　　　　　　　*John Does 1-30*

## CERTIFICATE OF SERVICE

　　　　The undersigned hereby certifies that the foregoing document was filed electronically with the United States District Court for the Western District of Missouri, Southern Division, on this 22nd day of November, 2022, with notice of case activity generated and sent electronically to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　/s/ *James R. Carroll*