IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ERICA R. BARRETT, ET AL. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 6:22-cv-03111-BCW |
| | ) | |
| O'REILLY AUTOMOTIVE, INC., ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

W. Joseph Hatley, of the law firm of Spencer Fane LLP, hereby enters his appearance as counsel for defendants O'Reilly Automotive, Inc., The Board of Directors of O'Reilly Automotive, Inc., O'Reilly Automotive 401(K) Plan Investment Committee and John Does 1-30 in the above captioned case.

**SPENCER FANE LLP**

*/s/ W. Joseph Hatley*
W. Joseph Hatley                    MO# 33189
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone:        (816) 474-8100
Facsimile:         (816) 474-3216
jhatley@spencerfane.com


Charles B. Cowherd                  MO# 27087
2144 E. Republic Road, Suite B300
Springfield, MO 65804
Telephone:        (417) 888-1000
Facsimile:         (417) 881-8035
ccowherd@spencerfane.com


ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing was filed electronically with the United States District Court for the Western District of Missouri via the CM/ECF system, with notice of case activity generated and sent electronically on this 17th day of May 2023, to all counsel of record.

                                            */s/ W. Joseph Hatley*
                                            Attorney for Defendants

KC 20222472.1