IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

ERICA BARRETT, et al.  )
Plaintiff/Petitioner  )
)
)  Case No. 22-3111-CV-S-BCW
)
O'REILLY AUTOMOTIVE, INC., et al.,  )
Defendant/Respondent  )

**NOTICE OF APPEAL**
TO THE US COURT OF APPEALS FOR THE EIGHTH CIRCUIT

Notice is hereby given that I Erica Barrett, et all, the

*Name of party taking the appeal*

Plaintiff/Petitioner hereby appeal to the United States Court of Appeals for

*plaintiff, petitioner, defendant or respondent*

the Eighth Circuit from the final judgment __X__ or an order _____

*name of the circuit*      *check this one*      *or this one*

entered in this action on the 23rd day of May, 2023.

Signed /s/ Mark K. Gyandoh
Attorney for Plaintiff/Petioner
Address: Capozzi Adler, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Phone: (610) 890-0200
Fax: (717) 233-4101
E-Mail: markg@capozziadler.com