EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| ERICA BARRETT, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 22-3111-CV-S-BCW |
| O'REILLY AUTOMOTIVE, Inc., et al., | ) ) |
| Defendants. | ) ) |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

The Court orally grants Doc. No. 26 DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT. Court further orally denies any request to amend the pleadings and dismisses Count 2 as set forth on the record.

| | |
|---|---|
| May 23, 2023 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | |
| | /s/ Tracy L. Diefenbach |
| | (by) Deputy Clerk |