# U. S. COURT OF APPEALS - EIGHTH CIRCUIT

## NOTICE OF APPEAL SUPPLEMENT

## MISSOURI WESTERN DISTRICT - SPRINGFIELD

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

---

| Case Caption: Barrett, et al v. O'Reilly Automotive, Inc et al | Case No.: 6:22-cv-03111-BCW |
|---|---|

Appellant: **Erica Barrett**
**Connie Enderle**
**Edward Q Ingerson, II**
**Penny Kenoyer**
**Gilbert Ontiveros**
**Kathleen Vincent**

Appellee: **O'Reilly Automotive, Inc.,**
**The Board of Directors of O'Reilly Automotive, Inc.,**
**O'Reilly Automotive 401(k) Plan Investment Committee,**
**John Does 1-30**

Appellant's Attorney(s):

**Mark K. Gyandoh**
**Capozzi Adler**
**312 Old Lancaster Road**
**Merion Station, PA 19066**
**610-890-0200**
**markg@capozziadler.com**

**Kelly M. Spann**
**FortmanSpann, LLC**
**250 St. Catherine Street**
**Florissant, MO 63031**
**314-522-2312**
**kms@fortmanlaw.com**

**Donald R. Reavey**
**Capozzi Adler, P.C.**
**2933 North Front Street**
**Harrisburg, PA 17110**
**717-233-4101**
**donr@capozziadler.com**

Appellee's Attorney(s):

**Charles Britwood Cowherd,**
**Spencer Fane LLP- SpfdMO**
**2144 E. Republic Road, Ste. B300**
**Springfield, MO 65804**
**417-888-1000**
**ccowherd@spencerfane.com**

**James R. Caroll, Mary E. Grinman, Michael S. Hines,**
**Skadden, Arps, Slate, Meagher & Flom, LLP- Boston**
**500 Boylston Street**
**Boston, MA 02116**
**617-573-4800**
**James.carroll@skadden.com,**
**mary.grinman@skadden.com,**
**Michael.hines@skadden.com**

**W. Joseph Hatley**
**Spencer Fane LLP-KCMO**
**1000 Walnut Street, Suite 1400**
**Kansas City, MO 654106-2140**
**816-292-8392**
**jhatley@spencerfane.com**

Court Reporter(s):

**Denise Halasey, 816-512-5657**

Please return files and documents to:

**United States District Court**
**222 N. John Q. Hammons Parkway; Suite 1400**
**Springfield, MO 65806**

Contact Person for Appeal:
**spfdgen@mow.uscourts.gov**

| Length of Trial: **NA** | Fee Paid: **Yes** | IFP: **No** | Pending IFP Motion: **No** |
| Counsel: **Retained** | Pending Motions? **No** | Local Interest? **No** | Simultaneous Release? **No** |

**Criminal Cases / Prisoner Pro Se Cases Only: N/A**

| Defendant incarcerated? **Yes/No** | Where? | Multiple defendants? If so, please list. **N/A** |

**Special Comments:**

_____
_____
_____
_____